In the Matter of the Application of Louis CARL, Appellant, for the Appointment of an Arbitrator in Behalf of ISIDORE WEISSMAN, Respondent.— Petitioner appeals from an order denying his application for the appointment of an arbitrator. Order reversed on the law, with ten dollars costs and disbursements, and the application granted, with ten dollars costs. The parties own a corporation whose voting stock and management are divided between them equally. In a written agreement for the organization of the corporation, they provided that all questions, disputes and controversies between them concerning the policies of the management of its affairs should be settled by mutual agreement, and that any disagreement not provided for otherwise should be determined by arbitration. The arbitration clause was thus broad in its terms. The respondent has commenced a stockholder's derivative action in the right of the corporation, and in the complaint alleges that petitioner has deliberately wrecked the corporation and has wasted and disposed of its property without consideration. In our opinion, in view of the broad and unambiguous terms of the provision for arbitration, it was error on the part of the learned Special Term to deny petitioner's application for the appointment of an arbitrator whose appointment upon the undisputed facts, is contemplated by the provision for arbitration. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur. Settle order on notice.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Real Property Extending from the Marginal Street, Wharf or Place at East 92d Street, in the Borough of Brooklyn, to the Sunrise Highway, in the Borough of Queens to Be Known as Shore Parkway, Duly Selected as a Site for Park Purposes and Approved According to Law. BOARDWALK STORES CORPORATION, Respondent, Appellant; THE CITY OF NEW YORK, Appellant, Respondent.— Appeal by the city of New York and cross-appeal by Boardwalk Stores Corporation from the final decree in a condemnation proceeding. On appeal by Boardwalk Stores Corporation, decree, in so far as appealed from, unanimously affirmed, with costs. No opinion. Pursuant to stipulation the appeal of the city of New York is withdrawn and discontinued, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Real Property Required for the Opening and Extending of Woodhaven Boulevard, from Myrtle Avenue to Rockaway Boulevard, Excluding the Lands Acquired by THE CITY OF NEW YORK for Forest Park, in the Borough of Queens, City of New York. EDGAR PERCY HOLLIDAY, Appellant; THE CITY OF NEW YORK, Respondent.— Appeal from a final decree in a condemnation proceeding. Decree, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.